USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

**PLAINTIFF:** Janice McKernan
**COURT CASE NUMBER:** 6:14-CV-02126

**DEFENDANT:** Diversified Consultants INC
**TYPE OF PROCESS:** Summons

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Diversified Consultants INC.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 10550 Derwood Park Blvd. Ste. 309 Jacksonville FL 32256

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Janice McKernan
106 Clear Lake Circle
Sanford FL 32773

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 407-271-9654
DATE: 2-26-15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 18
District to Serve No.: B18
Signature of Authorized USMS Deputy or Clerk
Date: 3/12/15

[X] I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. shown at the address inserted below.

Name and title of individual served: Chief Compliance Officer

Date: 3/13/15
Time: 4:02 pm

Signature of U.S. Marshal or Deputy

Service Fee: $65
Total Mileage Charges including endeavors: 12.96
Forwarding Fee: $8
Total Charges: $85.96
Amount owed to U.S. Marshal or (Amount of Refund): $0.00

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80