**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**CASE NO. 6:14-cv-2126-Orl-22KRS**

JANICE MCKERNAN,

       Plaintiff,

vs.

DIVERSIFIED CONSULTANTS, INC.

       Defendant.
_____ /

## DEFENDANT, DIVERSIFIED CONSULTANTS, INC.'S, UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS

Defendant, Diversified Consultants, Inc. (DCI), through counsel and under Local Rule 3.01, respectfully moves this Court for leave to file a reply brief to the opposition filed by plaintiff, Janice McKernan (plaintiff), in response to DCI's Motion to Dismiss. DCI believes a reply memorandum would aid the Court in resolving the important legal issues raised in the Motion to Dismiss and plaintiff's opposition. DCI requests 10 days from the entry of an order on this request in which to file a Reply Memorandum up to 5 pages.

### CERTIFICATION OF CONFERENCE

Counsel for DCI consulted with plaintiff via telephone. Plaintiff indicated she does not object to DCI's request.

WHEREFORE, Defendant, Diversified Consultants, Inc., respectfully requests the Court grant it leave to file a reply memorandum in connection with the pending Motion to Dismiss, and for such other relief as this Court deems proper.

Respectfully submitted,

*/s/Michael Schuette*
Michael Schuette
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida  33618
Telephone:   (813) 890-2472
Facsimile:    (866) 466-3140
mschuette@sessions-law.biz
dvanhoose@sessions-law.biz

## CERTIFICATE OF SERVICE

I certify that on this 21st day of April, 2015,  a true and correct copy of the foregoing was sent to the following via certified mail, return receipt requested:

Janice McKernan
106 Clear Lake Circle
Sanford, FL 32773


*/s/Michael Schuette*

2