# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANICE MCKERNAN,**

      **Plaintiff,**

**v.**                                                      **Case No:   6:14-cv-2126-Orl-22KRS**

**DIVERSIFIED CONSULTANTS, INC.,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (Doc. No. 24)**
>
> **FILED:**      **August 11, 2015**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff Janice Mckernan is granted an additional fourteen days, or until September 7, 2015, to respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 23).[1]

---

[1] Plaintiff's motion does not indicate the original deadline for her response. When a motion is filed the party opposing the motion has fourteen days after service of the motion to file a response. Local Rule 3.01(b). However, when service of a motion is made by mail in accordance with Rule 5(b)(2)(E), "3 days are added after the period would otherwise expire . . . ." Fed. R. Civ. P. 6(d). Applying these rules to compute the original deadline for Plaintiff to respond to Defendant's motion, the fourteen-day time period began on August 6, 2015, when Defendant mailed a copy of the motion to Plaintiff. *See* Doc. No. 23, at 10 (certifying the motion was mailed to Plaintiff on August 6, 2015); Fed. R. Civ. P. 5(b)(2)(E) (providing that service of a motion is effective by "mailing it to the person's last known address – in which event service is complete upon mailing"). The fourteen-day time period ends on August 20, 2015. Because Plaintiff received service of the motion by mail, the Court adds three days to the time period –

- 2 -

Moving forward, counsel and unrepresented parties seeking an extension of any deadline should include a proposed deadline within the text of the motion seeking such relief.

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

through Sunday August 23, 2015. Finally, pursuant to Rule 6(a)(1)(C), the period is continued until the "next day that is not a Saturday, Sunday, or legal holiday." Consequently Plaintiff's response was originally due on Monday, August 24, 2015. Adding fourteen days to this deadline, the deadline is extended up to and including Monday, September 7, 2015.

- 2 -