UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:14-cv-2126-Orl-22KRS

JANICE MCKERNAN,

    Plaintiff,

vs.                                      CASE NO. 6:14-cv-2126-Orl-22KRS

DIVERSIFIED CONSULTANTS, INC.

    Defendant.

_____/

### DEFENDANT, DIVERSIFIED CONSULTANTS, INC.'S MOTION FOR LEAVE TO FILE A REPLY

Defendant, Diversified Consultants, Inc. (DCI), through counsel and pursuant to Local Rule 3.01, respectfully moves for leave to file a reply memorandum to the opposition filed by plaintiff, Janice McKernan (plaintiff), in response to DCI's Motion to Dismiss the Amended Complaint. DCI believes a reply memorandum would aid the Court in resolving the important legal issues raised in the Motion to Dismiss and plaintiff's opposition. DCI requests 14 days from the entry of an order on this request in which to file a Reply Memorandum up to 5 pages.

WHEREFORE, Defendant Diversified Consultants, Inc., requests the Court grant leave to file a reply to plaintiff's response to the Motion to Dismiss Plaintiff's Amended Complaint and for such other relief as this Court deems proper.

Respectfully submitted,

*/s/Michael Schuette*
Michael Schuette
Florida Bar No. 0106181

Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone:   (813) 890-2472
Facsimile:   (866) 466-3140
mschuette@sessions-law.biz
dvanhoose@sessions-law.biz

*Attorneys for Diversified Consultants, Inc.*

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01, the undersigned certifies he attempted to confer with plaintiff *pro se*, but was unable to reach her.

## CERTIFICATE OF SERVICE

I certify that on this 14th day of September 2015, a true and correct copy of the foregoing was sent to the following via certified mail, return receipt requested:

Janice McKernan
106 Clear Lake Circle
Sanford, FL 32773

/s/Michael Schuette
Michael Schuette