**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANICE MCKERNAN,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:14-cv-2126-Orl-22KRS**

**DIVERSIFIED CONSULTANTS, INC.,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION (Doc. No. 33)**
>
> **FILED:** **October 19, 2015**

The motion reflects that Defendant Diversified Consultants, Inc. ("DCI"), has objected to some discovery requests based on the assertion of privileges and protections. To the extent that DCI has withheld information or documents responsive to the discovery requests at issue based on such objections, the response to the motion shall be supported by a privilege log identifying the withheld information or documents and legal authority supporting the withholding of such information or documents in the form required by the assigned Magistrate Judge's Standing Order on Privilege Logs, found at www.flmd.uscourts.gov — Judicial Info — Magistrate Judge Spaulding — Standing Orders.

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2015.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE